**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**EVANSVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | |
|     WILLIAM J. HIGGINS ) | CASE NO.11-70089ó BHL-13 |
|     APRIL D. HIGGINS ) | |
|         DEBTOR(S) ) | |

### TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS

Pursuant to Fed.R.Bankr.P. 3011, Robert P. Musgrave, Trustee, submits the following notice of unclaimed dividends to the Court.

| **Payee(s)** | **Last Known Address(es)** | **Amount(s)** |
|---|---|---|
| INSIGHT COMMUNICATIONS | 1900 NORTH FARES AVENUE EVANSVILLE, IN 47711 | $144.40 |
| | **TOTAL AMOUNT:** | $144.40 |

December 18, 2014

/s/Robert P. Musgrave
Robert P. Musgrave
Chapter 13 Trustee
P.O. Box 972
Evansville, IN  47706-0972
Telephone:  (812) 424-3029
Fax:  (812) 433-3464
Email address:  chap13@trustee13.com

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing pleading was served upon the following parties, either personally, electronically or by first-class mail December 18, 2014:

U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

WILLIAM J. HIGGINS
APRIL D. HIGGINS
11012 NORTH STREET

CYNTHIANA, IN 47612

MICHAEL J. HAYDEN
ATTORNEY AT LAW
2906 FIRST AVENUE
EVANSVILLE, IN 47710-

                                  /s/Robert P. Musgrave
                                  Robert P. Musgrave
                                  Chapter 13 Trustee
                                  P.O. Box 972
                                  Evansville, IN  47706-0972
                                  Telephone:  (812) 424-3029
                                  Fax:  (812) 433-3464
                                  Email address:  chap13@trustee13.com